**Order entered June 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01308-CR
No. 05-14-01309-CR

**GERARDO DELACRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-21654-R, F12-22418-R**

## ORDER

The Court **REINSTATES** the appeals.

On May 19, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Nanette Hendrickson; (3) counsel's explanation for the delay in filing appellant's brief is her workload; and (4) counsel requested thirty days from the June 15, 2015 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **JULY 15, 2015**. We note that appellant's brief was originally due March 28, 2015 and counsel has already been granted one thirty-day

extension of time to file the brief. Therefore, no further extensions will be granted absent a showing of extraordinary circumstances.

/s/     LANA MYERS
            JUSTICE